**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

JS-6

| | |
|---|---|
| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

**CASE NO.:** CV 09-04989 SJO (JCx)     **DATE:** September 22, 2009

**TITLE:** Joke Johanna Carberry v. Decision One Mortgage Company, LLC, et al.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                 Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

Plaintiff having failed to respond to the Court's Order to Show Cause re Dismissal filed on 9/15/09 for failure to file an amended complaint, the Court Orders this matter dismissed.

The parties are advised that the MOTION to Strike /Expunge Lis Pendenx Request for Award of Attorney's Fees and Costs filed by Defendant Mortgage Electronic Registation Systems, Inc., Saxon Mortgage, scheduled for hearing on September 28, 2009, is taken under submission. Accordingly, the hearing date is vacated. Order will issue.